UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PERRISSA VARNER,

    Plaintiff,

v.

MANAGEMENT AND TRAINING CORPORATION, d/b/a GRACEVILLE CORRECTIONAL FACILITY,

    Defendant.

Case No. 5:24-cv-43-AW-MJF

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Defendant Management and Training Corporation ("MTC")[1] states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Date: March 6, 2024.

---

[1] MTC does not do business as "Graceville Correctional Facility." MTC has a contract with the State of Florida to operate at the Graceville Correctional Facility.

PD.44596212.1

Respectfully submitted,

*/s/ Erin L. Malone*

Erin L. Malone
 Florida Bar No. 0036074
Matthew S. Perez
 Florida Bar. No. 0125572
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 2000
Tampa, Florida  33602-5311
813-472-7550
813-472-7570 (FAX)
erin.malone@phelps.com
matthew.perez@phelps.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Marie A. Mattox
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, FL 32301
marie@mattoxlaw.com
michelle2@mattoxlaw.com
marlene@mattoxlaw.com

*Attorney for Plaintiff*

*/s/ Erin L. Malone*
*Attorney for Defendant*

2

PD.44596212.1